PROB 12C
(7/93)

Report Date: April 10, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 11 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Nicholas Scott Ferryman                Case Number: 2:06CR02155-001-RHW

Address of Offender:                      Richland, WA 99352

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 5/8/2007

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 37 Months;            Type of Supervision: Supervised Release
                   TSR - 38 Months

Asst. U.S. Attorney: Jane Kirk                    Date Supervision Commenced: 11/23/2011

Defense Attorney: Diane E. Hehir                  Date Supervision Expires: 5/22/2014

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Nicholas Ferryman is considered in violation of his term of supervised release by failing to report for urinalysis testing on February 7, 2012, and April 3, 2012.

The defendant is currently scheduled to contact First Step Counseling Services on a daily bases and report for random urinalysis testing when his color is called. On each occasion listed above, the defendant failed to report for testing. When questioned about the misses the defendant stated he forgot to call.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Ferryman, Nicholas Scott
April 10, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/10/2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/11/12
Date