PROB 12C
(7/93)

Report Date: July 16, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 16 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicholas Scott Ferryman    Case Number: 2:06CR02155-001

Address of Offender: 1963 Newhaven Loop, Richland, WA  99352

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence:  5/8/2007

Original Offense:   Unlawful Possession of Firearm, 18 U.S.C. § 922

Original Sentence:  Prison - 37 Months;    Type of Supervision:  Supervised Release
                    TSR - 38 Months

Asst. U.S. Attorney:  Alexander Carl Ekstrom    Date Supervision Commenced:  11/23/2011

Defense Attorney:     Diane E. Hehir             Date Supervision Expires:  5/22/2014

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/10/2011, 5/14/2012, 6/29/2012, 3/21/2013.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: Nicholas Ferryman is considered in violation of his period of supervised release by possessing a controlled substance, methamphetamine, on or prior to March 12, 2013. |
| | As noted within the violation report dated March 21, 2013, a search was conducted by U.S. Probation on March 12, 2013, at the residence of the defendant. During the search two light bulbs were located which had a burnt residue. This residue was tested by the Washington State Crime Lab and returned positive for the presence of methamphetamine. The defendant was charged with, and subsequently plead guilty to, possession of a controlled substance under case number 13-1-00298-5, in Benton County Superior Court. The defendant served 5 days on the conviction. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/16/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

July 16, 2013
Date