PROB 12C  
(7/93)

Report Date: September 9, 2013

## United States District Court

for the

### Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicholas Scott Ferryman          Case Number: 0980 2:06CR02155-001

Address of Offender: ▮▮▮▮▮▮▮▮▮ Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 8, 2007

| | |
|---|---|
| Original Offense: | Unlawful Possession of Firearm, 18 U.S.C. § 922 |
| Original Sentence: | Prison 37 months; TSR - 38 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Diane E. Hehir |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 23, 2011

Date Supervision Expires: May 22, 2014

### PETITIONING THE COURT

To issue a bench warrant and incorperate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/10/2011, 5/14/2012, 6/29/2012, 3/21/2013, and 7/16/2013.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Nicholas Ferryman is considered in violation of his period of supervised release by committing the offense of assault -DV on, or prior to, September 8, 2013. |
| | According to reports provided by the Kennewick Police Department, officers were dispatched to a male subject assaulting a female. Responding officers contacted the defendant and his girlfriend, Artemisa Sanchez, at the scene. Ms. Sanchez denied that the defendant had physically attacked her. Several witnesses stated the defendant had stopped the car he was driving and attempted to keep Ms. Sanchez in the vehicle. It was reported by witnesses that the defendant was not allowing Ms. Sanchez to leave the vehicle even though they could hear her telling the defendant to "stop, get off me." It was further stated that the defendant hit Ms. Sanchez with an open hand, "pretty much any where he could." Witnesses stated the defendant held onto Ms. Sanchez by her clothing and was, "smacking and hitting her with an open hand." When witnesses attempted to intervene by telling the defendant |

Prob12C
Re: Ferryman, Nicholas Scott
September 9, 2013
Page 2

that they were calling police, it was stated he became "verbal and aggressive" towards them and told them to, "shut the fuck up." The witnesses were in close proximity to the defendant and Ms. Sanchez at the time.

Other witnesses were interviewed by officers with one witness describing how the defendant allegedly grabbed Ms. Sanchez by the throat and held onto her for about 10 seconds. A third witness stated he saw "the male hit and smack the female."

The defendant was arrested and taken to the Benton County Jail where he was charged with assault-DV under case number 3Z0789034.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/09/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

s/Robert H. Whaley

Signature of Judicial Officer

September 10, 2013

Date